# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

PRINCIPAL LIFE INSURANCE COMPANY,

          Plaintiff,

-vs-                                        Case No. 2:07-cv-539-FtM-29SPC

STEPHEN CUTLER and SUE ELLEN CUTLER,
individually, and as natural parents and guardians of
Addison Beach Cutler, and CUTLER
CONSTRUCTION COMPANY,

          Defendants.

_____

## ORDER

This matter comes before the Court on the Motion for Extension of Time to Disclose Plaintiff's Expert Reports (Doc. #42) filed on April 15, 2010. The Plaintiff moves the Court for an enlargement to the Plaintiff's deadline to disclose expert reports. As grounds, Counsel indicates that the parties are diligently engaging in settlement negotiations, and additional time would allow the parties to continue negotiations without incurring the cost of retaining a new expert. Pursuant to Local Rule 3.01(g), opposing Counsel does not object to the relief requested. Having found good cause, the Court will grant the extension of time.

Accordingly, it is now

**ORDERED:**

The Motion for Extension of Time to Disclose Plaintiff's Expert Reports (Doc. #42) is **GRANTED**. The Plaintiff's Disclosure of Expert Reports deadline shall be extended to **MAY 18, 2010.** All other deadlines remain unchanged.

**DONE AND ORDERED** at Fort Myers, Florida, this ___16th___ day of April, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record