UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PRINCIPAL LIFE INSURANCE COMPANY,

           Plaintiff,

-vs-                                                      Case No. 2:07-cv-539-FtM-29SPC

STEPHEN CUTLER and SUE ELLEN CUTLER,
individually, and as natural parents and guardians of
Addison Beach Cutler, and CUTLER
CONSTRUCTION COMPANY,

           Defendants.
_____

## ORDER

This matter comes before the Court on the Agreed Motion to Extend Deadline to Amend Pleadings (Doc. #46) filed on April 30, 2010. The Defendants move the Court for an enlargement to the deadline to amend pleadings. As grounds, Counsel indicates the Defendants wish to amend their answer, affirmative defenses and counterclaim, and additional time is necessary to allow opposing Counsel the opportunity to review the pleadings before deciding whether Plaintiffs will oppose the amendments.

District courts have broad discretion in managing their cases. Chrysler Int'l Corp. v. Chenaly, 280 F.3d 1358, 1360 (11th Cir. 2002). The broad discretion given to the court includes the management of pretrial activities such as discovery and scheduling. Id. (citing Johnson v. Bd. of Regents of Univ. Georgia, 263 F.3d 1234, 1269 (11th Cir. 2001). Pursuant to Local Rule 3.01(g), opposing Counsel does not object to the relief requested. Having considered the motion, the Court finds good cause and will grant the extension of time.

Accordingly, it is now

**ORDERED:**

The Agreed Motion to Extend Deadline to Amend Pleadings (Doc. #46) is **GRANTED**. The deadline to amend pleadings shall be extended to **MAY 14, 2010**.

**DONE AND ORDERED** at Fort Myers, Florida, this ___3rd___ day of May, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record