UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PRINCIPAL LIFE INSURANCE COMPANY,

    Plaintiff,

-vs-    Case No. 2:07-cv-539-FtM-29SPC

STEPHEN CUTLER and SUE ELLEN CUTLER,
individually, and as natural parents and guardians of
Addison Beach Cutler, and CUTLER
CONSTRUCTION COMPANY,

    Defendants.
_____

## ORDER

This matter comes before the Court on the Defendant Principal Insurance Company's Motion for Partial Summary Judgment (Doc. #48) filed on May 12, 2010. The Defendant filed an Amended Motion for Summary Judgment (Doc. # 50) on May 13, 2010. Therefore, the instant Motion is now moot.

Accordingly, it is now

**ORDERED:**

The Defendant Principal Insurance Company's Motion for Partial Summary Judgment (Doc. #48) is **DENIED as moot**.

**DONE AND ORDERED** at Fort Myers, Florida, this __14th__ day of May, 2010.

    *Sheri Polster Chappell*
    SHERI POLSTER CHAPPELL
    UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record